PEOPLE ex rel. KOCH, Respondent, v. ODELL, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) Proceedings by the people, on the relation of John Koch, against Benjamin B. Odell, mayor of the city of Newburgh, and ex officio chief of police of said city of Newburgh. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

PEOPLE ex rel. McAVOY, Appellant, v. SCHOOL BOARD FOR BOROUGH OF RICHMOND, Respondent. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) Application for mandamus by Mathew McAvoy against the school board for the borough of Richmond, New York City, to secure relator's reinstatement as janitor of the Rosebank School, in Richmond county. From a judgment dismissing the writ, relator appeals. Affirmed. Sixt Carl Kapff, for appellant. William J. Carr, for respondent.

PER CURIAM. The only question involved in this appeal is one of law, and we are of opinion that the learned trial court has correctly determined the matter by dismissing the alternative writ of mandamus. The relator was the janitor of the Rosebank School, and he is conceded to have been an honorably discharged Union soldier. The question before the court on this appeal is whether the relator, as such janitor, was within the protection of chapter 821 of the Laws of 1896, which requires that honorably discharged Union soldiers shall not be discharged from certain public employments without a hearing upon charges preferred. The learned trial court found the facts in accord with the contentions of the relator, but decided, as a matter of law, that he was not within the protection of the statute, and that his discharge from the position of janitor was within the discretion of the officers of the school district. The case of People v. Hayward, 19 App. Div. 46, 46 N. Y. Supp. 1083, seems to us decisive upon this point. The judgment appealed from should be affirmed, with costs.